UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:21-cv-4953-FLA (MAR)                                        Date:  October 25, 2021

Title:   *Samuel Carmell Chester, Jr. v. People of the State of California Superior Court, County Ventura, et al.*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

|  Erica Bustos   |   N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE:  RE DISMISSAL FOR FAILURE TO PROSECUTE**

On June 14, 2021, Samuel Chester ("Plaintiff"), proceeding pro se, constructively filed[1] a Complaint ("Complaint") pursuant to 42 U.S.C. §1983 ("section 1983").  ECF Docket No. ("Dkt.") 1 at 3–5, 8.  On September 10, 2021, the Court issued an Order Dismissing the Complaint With Leave to Amend ("ODLA") instructing Plaintiff to either:  (1) file a First Amended Complaint; (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action.  Dkt. 11 at 14.  The Court also issued an Order re: Plaintiff's failure to pay the filing fee or request to proceed in forma pauperis ("IFP"), instructing Plaintiff to either pay the fee or file the request to proceed IFP with his First Amended Complaint.  Dkt. 12.

The Court is now in receipt of Plaintiff's Request to Proceed IFP, Dkt. 14, and has granted his request.  Dkt. 15.  However, Plaintiff has yet to file a First Amended Complaint.  Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by November 15, 2021**, why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's September 10, 2021 ODLA;
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or
3. Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

---

[1] Under the "mailbox rule," when a pro se inmate gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted); Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (stating the "mailbox rule applies to § 1983 suits filed by pro se prisoners").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-4953-FLA (MAR)            Date:  October 25, 2021

Title:  *Samuel Carmell Chester, Jr. v. People of the State of California Superior Court, County Ventura, et al.*

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

                                                                                   **Initials of Preparer**     : eb

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____        _____
*Date*                                              *Signature of Attorney/Party*

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*