1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10  SAMUEL CARMELL CHESTER, JR.,          Case No. 2:21-cv-4953-FLA (MAR)

11                      Plaintiff,

12              v.                         **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

13  PEOPLE OF THE STATE OF
    CALIFORNIA SUPERIOR COURT,
14  COUNTY VENTURA, ET AL.,

15                      Defendants.

16

17

18          Pursuant to 28 U.S.C. § 636, the court has reviewed the First Amended

19  Complaint, the relevant records on file, and the Report and Recommendation of the

20  United States Magistrate Judge.  The court accepts the findings and

21  recommendation of the Magistrate Judge.

22          **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this

23  action with prejudice.

24

25  Dated:  February 7, 2022

26

27  _____
    FERNANDO L. AENLLE-ROCHA
28  United States District Judge