JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL CARMELL CHESTER, JR.,

Plaintiff,

v.

PEOPLE OF THE STATE OF
CALIFORNIA SUPERIOR COURT,
COUNTY VENTURA, ET AL.,

Defendants.

Case No. 2:21-cv-4953-FLA (MAR)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: February 7, 2022



_____
FERNANDO L. AENLLE-ROCHA
United States District Judge